UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    24-08322 |
| PIGEON FREIGHT SERVICES, INC., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING AUTHORITY TO USE CASH COLLATERAL UNDER THE ORDER ENTERED JUNE 11, 2024 AS ECF NO. 45**

THIS CAUSE COMING TO BE HEARD for a continued hearing on Debtor's Motion to Authorize Interim Use of Cash Collateral,

IT IS HEREBY ORDERED that:

1. Pigeon Freight Services, Inc. is authorized to use cash collateral through August 14, 2024, in accordance with the terms of the Order entered June 11, 2024 (ECF No. 45) and the budget attached as Exhibit A;

2. The June 11, 2024 Order remains in effect;

3. Status on the Debtor's cash collateral motion is set for August 13, 2024 at 10:00 a.m. in Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604, or through Zoom for Government – Judge Cassling.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: July 9, 2024

**Prepared by:**

Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
312-251-4460
ARDC No. 6278054

<u>**EXHIBIT A**</u>

<u>**PIGEON FREIGHT SERVICES, INC.**</u>

**30 DAY BUDGET**

<u>**PROJECTED REVENUE:**</u>            <u>**$2,000,000.00**</u>

**EXPENSES:**

| | |
|---|---|
| Contractors/Employees | ($ 800,000.00) |
| Dues/Subscriptions/ELD | ($ 20,000.00) |
| Fuel | ($ 450,000.00) |
| Insurance | ($ 100,000.00) |
| Office/Warehouse Lease | ($ 30,000.00) |
| Repairs and Maintenance | ($ 170,000.00) |
| Taxes/Licenses/Plates | ($ 25,000.00) |
| Tolls | ($ 30,000.00) |
| Truck/Trailer Leases/Adequate Protection | ($ 250,000.00) |
| Utilities | ($ 3,000.00) |
| Unexpected Expenses | ($ 50,000.00) |

<u>**TOTAL EXPENSES:**</u>            <u>($1,928.00)</u>

**PROJECTED MONTHLY NET INCOME:**      <u>**$ 72,000.00**</u>